Meena Pallipamu, WSBA #31870
Meena Pallipamu Immigration Law, PLLC
8201 164th Ave. NE, Ste. 200
Redmond, WA 98052
(206) 419-7332
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Eduardo Aguirre Esparza<br><br>In ICE Custody, Location unknown<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security;<br><br>DAVID VENTURELLA, Acting Director, U.S. Immigration   and Customs Enforcement;<br><br>MARCOS CHARLES, Acting Executive Associate Director,  ICE Enforcement and Removal Operations;<br><br>and<br><br>TODD   BLANCHE,   Acting   Attorney General of the United States,<br><br>all in their official capacity<br><br>          Defendants. | Civil Action No. 2:26-CV-2622<br><br>**DECLARATION OF STACEY FITZPATRICK IN SUPPORT OF MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER AND PETITION FOR HABEAS CORPUS**<br><br>**(EMERGENCY   FILING   —   REMOVAL IMMINENT   —   FLIGHT   ON   GROUND AWAITING DEPARTURE)** |

I, Stacey Anne Fitzpatrick, declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.   I am the wife of Petitioner Eduardo Aguirre Esparza. I am a United States citizen born in the United States. I hold a Juris Doctor degree from the University of Washington School of Law and a Bachelor of Arts in Political Science from the University of California, Berkeley. I reside in Seattle, Washington. I submit this declaration in support of my husband's emergency motion to stop his removal from the United States. Every fact stated herein is within my personal knowledge.

2.   Eduardo and I were married on July 31, 2024, followed by an intimate ceremony at our home in Seattle, Washington in August 2024. I met Eduardo in August 2020 at a dance social. We became close friends, then partners, and then husband and wife. He is the backbone of our family — my emotional, mental, and financial stability. I did not expect to fall in love again at this stage of my life. Eduardo gave me back the ability to envision a future with joy, security, and companionship. The thought of losing him is devastating in a way I do not have adequate words to describe.

3.   With counsel, I filed a Form I-130, Petition for Alien Relative, on Eduardo's behalf. USCIS approved that petition. We paid all required National Visa Center fees. On June 3, 2026, we filed a Form I-601A, Application for Provisional Unlawful Presence Waiver, USCIS Case No. CDJ2025853201, with a full submission documenting the hardship I would suffer if Eduardo were removed. That application is still pending at USCIS. We

Declaration of Stacey Fitzpatrick

were doing everything right — following every step of the legal process — when Eduardo was taken from us.

4.   On July 23, 2026, at approximately 3:00 p.m., ICE officers took Eduardo into custody in Seattle. I was not present when it happened. I was informed shortly afterward. I immediately contacted our removal defense attorney, Meena Pallipamu. We learned he had been taken first to a facility in Tukwila, and then to the Tacoma Detention Center. Our attorney was able to meet with Eduardo on July 24, 2026.

5.   With Ms. Pallipamu, I went to the Tacoma facility to discuss his case on July 25, 2026 at 11:00 a.m. The facility guards informed us that he had been put on a ICE AIR FLIGHT at 2:00 a.m. that same morning. They informed us that the flight was bound for Mexico but that it would likely stop in several places to pick up additional detainees. He was at the Tacoma facility, and then he was not. No one told me. No one told our attorney. When I checked ICE's website, it still showed him at Tacoma, as of signing this declaration. I am writing this declaration not knowing where my husband is. I do not know what city he is in. I do not know what airport. I do not know if he has been able to eat or sleep or if he knows that we are fighting for him right now. What I do know is that they are hiding him from his lawyer.

6.   I have been in therapy for anxiety with Morgan Mabus, LSWAIC, at Rebel Minds Counseling since late 2025, specifically because of the stress and fear caused by this

Declaration of Stacey Fitzpatrick

3

immigration situation. My therapist has documented a significant escalation in my symptoms since Eduardo's arrest: I am not sleeping. I cannot focus. I am experiencing what my therapist has called 'chronic hypervigilance' and 'persistent feelings of being in fight or flight.' She has told me, in her professional opinion, that losing Eduardo would be 'emotionally devastating and comparable to experiencing a death or profound loss' and would 'significantly impair my emotional functioning.' I believe that to be true.

7.   I have been diagnosed with treatment-resistant hypertension, hyperlipidemia, and osteoporosis. I take six prescription medications daily to manage these conditions: Amlodipine, Olmesartan Medoximil, Rosuvastatin, Estradiol, Progesterone, and Minoxidil. My father suffered a major stroke before age 60 that left him permanently unable to speak or write, and paralyzed on one side of his body. I watched him suffer for years. I know what it looks like when the cardiovascular system fails. My doctors tell me that continuous, uninterrupted management of my risk factors — and immediate access to emergency care — is essential for me. Stress and emotional trauma are serious threats to my health. The stress I am currently experiencing is severe.

8.   My mother has progressive dementia. I am her sole caregiver. My brother Jason lives in Pittsburgh, California, and is not able to take over her care. I cannot leave the United States to be with Eduardo in Mexico — I cannot abandon my mother to go. I cannot bring my mother with me to Mexico. And I cannot bring my fourteen-year-old daughter Fiona, whom I share custody of with her father. Fiona's father would never agree to that, and it

Declaration of Stacey Fitzpatrick

4

would not be right to take her from him, from her brothers, from her school, from her life. Relocating to Mexico is simply not possible for me. If Eduardo is deported, I will be here — alone — managing my mother's dementia, my daughter's childhood, my health conditions, and my grief. I do not know how I will do that.

9.   Eduardo and I have built financial stability together. He is a skilled contractor who contributes substantially to our household. I came out of a difficult divorce in 2021 in a fragile financial position. We have rebuilt that together, as partners. His removal will end that partnership and leave me carrying every financial burden alone, at the same time that I am carrying every caregiving burden alone.

10.   No immigration court has ever heard Eduardo's case. No judge has ever looked at our marriage, our I-130 approval, our pending waiver application, or any of the facts I have described in this declaration. All we are asking is for the chance to be heard. We filed the forms. We paid the fees. We followed the law. We deserve a hearing before a judge — not a deportation flight at 2:00 in the morning while his lawyer doesn't know where he is.

11.   Please stop this removal. The plane has not left yet. There is still time. I am asking this Court to give us the process we are entitled to, and to bring my husband back so we can have it.

I declare under penalty of perjury under the laws of the United States of America that the

Declaration of Stacey Fitzpatrick

foregoing is true and correct.


Executed on July 25, 2026, in Seattle, Washington.


Stacey Anne Fitzpatrick

U.S. Citizen / Qualifying Relative Spouse of P

Declaration of Stacey Fitzpatrick

6