Meena Pallipamu, WSBA #31870
Meena Pallipamu Immigration Law, PLLC
8201 164th Ave. NE, Ste. 200
Redmond, WA 98052
(206) 419-7332
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Eduardo Aguirre Esparza<br><br>In ICE Custody, Location unknown<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security;<br><br>DAVID VENTURELLA, Acting Director, U.S. Immigration   and Customs Enforcement;<br><br>MARCOS CHARLES, Acting Executive Associate Director,  ICE Enforcement and Removal Operations;<br><br>and<br><br>TODD   BLANCHE,   Acting   Attorney General of the United States,<br><br>all in their official capacity<br><br><div align="center">Defendants.</div> | Civil Action No. 2:21-CIV-02622-TSC<br><br><br>**SUPPLEMENTAL NOTICE RE LOCATION OF PETITIONER** |

**SUPPLEMENTAL NOTICE RE LOCATION OF PETITIONER**

Petitioner Eduardo Aguirre Esparza, by and through his counsel of record, Meena Pallipamu, Esq., WSBA #31870, respectfully submits this supplemental notice of Petitioner's location with a screenshot of the ICE-maintained Detainee Locator below. This location was updated recently and Petitioner is notifying the court as soon as practically possible.

## Search Results: 1

**EDUARDO AGUIRREZ-EZPARZA**

Country of Birth : Mexico
A-Number: ████796
Status : In ICE Custody
State: TX
Current Detention Facility: ERO EL PASO CAMP EAST MONTANA
*Click on the Detention Facility name to obtain facility contact information*

BACK TO SEARCH >

Dated: July 27, 2026

Respectfully submitted,

**Meena Pallipamu**

WSBA #31870 | Admitted, U.S. District Court for the District of Columbia
Meena Pallipamu Immigration Law PLLC
8201 164th Ave. NE, Suite 200 | Redmond, WA 98052
(206) 960-5810 | meena@meenaimmigrationlaw.com

Attorney for Petitioner Eduardo Aguirre Esparza

Supplemental Notice

2

